UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:18cr 499 T 33 JSS
     21 U.S.C. § 841(a)(1)

RANDI POTTER

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 1, 2017, in the Middle District of Florida, the defendant,

RANDI POTTER,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved 5 grams or more of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

### COUNT TWO

On or about December 4, 2017, in the Middle District of Florida, the defendant,

RANDI POTTER,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved 5 grams or more of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

### COUNT THREE

On or about January 3, 2018, in the Middle District of Florida, the defendant,

RANDI POTTER,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

### COUNT FOUR

On or about January 3, 2018, in the Middle District of Florida, the defendant,

RANDI POTTER,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a quantity of cocaine base, a Schedule II

controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1.  The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.  Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.  The property to be forfeited includes, but is not limited to, the following: $1,600 in U.S. currency, which represents proceeds of the offense.

4.  If any of the property described above, as a result of any acts or omissions of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Taylor G. Stout
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Deputy Chief, Violent Crimes and Narcotics Section

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## RANDI POTTER

## INDICTMENT

Violations: 21 U.S.C. § 841(a)(1)

A true bill

_____
Foreperson

Filed in open court this 25th day of October 2018.

_____
Clerk

Bail $_____

GPO 863 525

FILED